

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2015

No. 04-15-00153-CV

Tina M. Allen **SOUZA**,
Appellant

v.

Heather Clement **TESSMER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15319
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The Court has considered and DENIES appellant's motion for en banc reconsideration.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court